**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GERLOFF, ROGER A. § | Case No. 14-82910 |
| GERLOFF, RITA K § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 25, 2014. The undersigned trustee was appointed on November 26, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $         90,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 37,149.21 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 37,850.79 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/07/2015 and the deadline for filing governmental claims was 10/07/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,768.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,768.70, for a total compensation of $6,768.70.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/21/2017            By: /s/JAMES E. STEVENS
                                 Trustee, Bar No.: 3128256

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82910  
**Case Name:** GERLOFF, ROGER A.  
GERLOFF, RITA K  
**Period Ending:** 03/21/17

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/25/14 (f)  
**§341(a) Meeting Date:** 10/30/14  
**Claims Bar Date:** 10/07/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Members Alliance Credit Union/ checking | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Members Alliance Credit Union/ savings | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing and personal items | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Wedding Rings | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Prudential Life Insurance Policy | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Interest in Elite Fasteners 401K Plan | 70,000.00 | 0.00 | | 0.00 | FA |
| 8 | Rita Gerloff vs. Harlem Consolidated School Dist    See Order to Employ Special Counsel entered 3/11/15.  See Order to Compromise entered 2/13/17. | Unknown | 10,000.00 | | 90,000.00 | FA |
| 9 | 2011 Dodge Nitro | 14,150.00 | 0.00 | | 0.00 | FA |
| 10 | 2005 Kia Sorento (130,000 miles) | 2,850.00 | 0.00 | | 0.00 | FA |
| 11 | 2011 Hyundai Sonata | 13,650.00 | 0.00 | | 0.00 | FA |
| 12 | 1984 Champion Modular Home | 25,000.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets    Totals** (Excluding unknown values) | **$131,675.00** | **$10,000.00** | | **$90,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017    **Current Projected Date Of Final Report (TFR):**    March 13, 2017  (Actual)

Printed: 03/21/2017 12:32 PM    V.13.30

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-82910  
**Case Name:** GERLOFF, ROGER A.  
GERLOFF, RITA K  
**Taxpayer ID #:** **-***1963  
**Period Ending:** 03/21/17  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $6,620,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/28/17 | | CLARK,JUSTEN,ZUCCHI, FROST & WILLIAMS, LTD. | PERSONAL INJURY SETTLEMENT | | | 52,850.79 | | 52,850.79 |
| | {8} | | TOTAL SETTLEMENT | 90,000.00 | 1129-000 | | | 52,850.79 |
| | | | 1.3 ATTY'S FEES JEFFREY ZUCCHI | -30,000.00 | 3210-600 | | | 52,850.79 |
| | | | REIMBURSEMENT COSTS TO ZUCCHI | -2,380.60 | 3220-610 | | | 52,850.79 |
| | | | MEDICAL LIEN | -36.31 | 3220-610 | | | 52,850.79 |
| | | | HUMANA LIEN | -4,732.30 | 3220-610 | | | 52,850.79 |
| 03/12/17 | 101 | Rita K. Gerloff | Debtor's claimed exemption in personal injury case | | 8100-002 | | 15,000.00 | 37,850.79 |
| | | | **ACCOUNT TOTALS** | | | 52,850.79 | 15,000.00 | **$37,850.79** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 52,850.79 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | | **$52,850.79** | **$0.00** | |

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******7066** | | 52,850.79 | 0.00 | 37,850.79 |
| | | **$52,850.79** | **$0.00** | **$37,850.79** |

{} Asset reference(s)

Printed: 03/21/17 12:32 PM    **Exhibit C**    Page: 1

## Case: 14-82910    GERLOFF, ROGER A.

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 2 | 07/20/15 | 100 | FIRST NORTHERN CREDIT UNION<br>BY: Reilly Law Offices<br>6801 Spring Creek Rd Ste 2D<br>Rockford, IL 61114<br>&lt;4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)&gt;<br>Claim No. 2 is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 4,569.16 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 3S | 07/20/15 | 100 | FIRST NORTHERN CREDIT UNION<br>BY: Reilly Law Offices<br>6801 Spring Creek Rd Ste 2D<br>Rockford, IL 61114<br>&lt;4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)&gt;<br>Claim No. 3S is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 19,175.00 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$23,744.16** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$23,744.16** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 09/25/14 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 2,517.50 | 2,517.50 | 0.00 | 2,517.50 | 2,517.50 |
| | 09/25/14 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;2100-00   Trustee Compensation&gt;<br>[Updated by Surplus to Debtor Report based on Net Estate Value: 70374] | 6,768.70 | 6,768.70 | 0.00 | 6,768.70 | 6,768.70 |
| | | | **Total for Priority 200:   100% Paid** | **$9,286.20** | **$9,286.20** | **$0.00** | **$9,286.20** | **$9,286.20** |
| | | | **Total for Admin Ch. 7 Claims:** | **$9,286.20** | **$9,286.20** | **$0.00** | **$9,286.20** | **$9,286.20** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 07/17/15 | 610 | Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,691.68 | 2,691.68 | 0.00 | 2,691.68 | 2,691.68 |
| 3U | 07/20/15 | 610 | FIRST NORTHERN CREDIT UNION<br>BY: Reilly Law Offices<br>6801 Spring Creek Rd Ste 2D<br>Rockford, IL 61114<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 2,838.80 | 2,838.80 | 0.00 | 2,838.80 | 2,838.80 |

(*) Denotes objection to Amount Filed

Printed: 03/21/17 12:32 PM                             **Exhibit C**                                  Page: 2

## Case: 14-82910   GERLOFF, ROGER A.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 07/20/15 | 610 | MembersAlliance Credit Union<br>6801 Spring Creek Rd., 2D<br>Rockford, IL 61114<br><7100-00  General Unsecured § 726(a)(2)><br>See Amended Claim 4 filed 7/21/15. | 13,568.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 -2 | 07/20/15 | 610 | MembersAlliance Credit Union<br>6801 Spring Creek Rd., 2D<br>Rockford, IL 61114<br><7100-00  General Unsecured § 726(a)(2)> | 13,568.10 | 13,568.10 | 0.00 | 13,568.10 | 13,568.10 |
| 5 | 07/30/15 | 610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)> | 633.75 | 633.75 | 0.00 | 633.75 | 633.75 |
| 6 | 09/02/15 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)> | 1,877.05 | 1,877.05 | 0.00 | 1,877.05 | 1,877.05 |
| 7 | 10/02/15 | 610 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00  General Unsecured § 726(a)(2)> | 2,255.14 | 2,255.14 | 0.00 | 2,255.14 | 2,255.14 |
| | | | **Total for Priority 610:   100% Paid** | **$37,432.62** | **$23,864.52** | **$0.00** | **$23,864.52** | **$23,864.52** |
| 1I | 07/17/15 | 640 | Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 8.35 | 8.35 | 0.00 | 8.35 | 8.35 |
| 4I-2 | 07/20/15 | 640 | MembersAlliance Credit Union<br>6801 Spring Creek Rd., 2D<br>Rockford, IL 61114<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 42.11 | 42.11 | 0.00 | 42.11 | 42.11 |
| 5I | 07/30/15 | 640 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 1.97 | 1.97 | 0.00 | 1.97 | 1.97 |
| 6I | 09/02/15 | 640 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)> | 5.83 | 5.83 | 0.00 | 5.83 | 5.83 |

Printed: 03/21/17 12:32 PM                           **Exhibit C**                                Page: 3

## Case:  14-82910    GERLOFF, ROGER A.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 7I | 10/02/15 | 640 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 7.00 | 7.00 | 0.00 | 7.00 | 7.00 |
| 3UI | 07/20/15 | 640 | FIRST NORTHERN CREDIT UNION<br>BY: Reilly Law Offices<br>6801 Spring Creek Rd Ste 2D<br>Rockford, IL 61114<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)> | 8.81 | 8.81 | 0.00 | 8.81 | 8.81 |
| | | | **Total for Priority 640:   100% Paid** | **$74.07** | **$74.07** | **$0.00** | **$74.07** | **$74.07** |
| SURPLUS | 09/25/14 | 650 | GERLOFF, ROGER A.<br>5479 MAHOGANY LANE<br>ROSCOE, IL 61073<br><8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)> | 4,626.00 | 4,626.00 | 0.00 | 4,626.00 | 4,626.00 |
| | | | **Priority 650:   100% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | **$42,132.69** | **$28,564.59** | **$0.00** | **$28,564.59** | **$28,564.59** |
| | | | **Total for Case :** | **$75,163.05** | **$37,850.79** | **$0.00** | **$37,850.79** | **$37,850.79** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-82910
Case Name: GERLOFF, ROGER A.
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 37,850.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | FIRST NORTHERN CREDIT UNION | 4,569.16 | 0.00 | 0.00 | 0.00 |
| 3S | FIRST NORTHERN CREDIT UNION | 19,175.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 37,850.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 6,768.70 | 0.00 | 6,768.70 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,517.50 | 0.00 | 2,517.50 |

Total to be paid for chapter 7 administration expenses: $ 9,286.20
Remaining balance: $ 28,564.59

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 28,564.59

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 28,564.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,864.52 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 2,691.68 | 0.00 | 2,691.68 |
| 3U | FIRST NORTHERN CREDIT UNION | 2,838.80 | 0.00 | 2,838.80 |
| 4 | MembersAlliance Credit Union | 0.00 | 0.00 | 0.00 |
| 4 -2 | MembersAlliance Credit Union | 13,568.10 | 0.00 | 13,568.10 |
| 5 | Capital One, N.A. | 633.75 | 0.00 | 633.75 |
| 6 | Capital Recovery V, LLC | 1,877.05 | 0.00 | 1,877.05 |
| 7 | PYOD, LLC its successors and assigns as assignee | 2,255.14 | 0.00 | 2,255.14 |

| | Total to be paid for timely general unsecured claims: | $ 23,864.52 |
|---|---|---|
| | Remaining balance: | $ 4,700.07 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 4,700.07 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 4,700.07 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $74.07. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 4,626.00.

**UST Form 101-7-TFR (05/1/2011)**