UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                )
                                      )
**GERLOFF, ROGER A.**                 )     Bankruptcy Case No. 14-82910 TML
**GERLOFF, RITA K**                   )     Chapter 7
                                      )
Debtor(s).                            )

---

### CERTIFICATE OF SERVICE

---

The undersigned certifies that on April 18, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

GERLOFF, ROGER A. & RITA K.
5479 MAHOGANY LANE
ROSCOE, IL 61073

JEFFRY A. DAHLBERG
BALSLEY & DAHLBERG, LLP
5130 N. SECOND STREET
LOVES PARK, IL 61111
*(Via ECF Electronic Transmission)*

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*(Via ECF Electronic Transmission)*

Cavalry SPV I, LLC
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712

FIRST NORTHERN CREDIT UNION
BY: Reilly Law Offices
6801 Spring Creek Rd Ste 2D
Rockford, IL 61114

MembersAlliance Credit Union
6801 Spring Creek Rd., 2D
Rockford, IL 61114

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com