**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GERLOFF, ROGER A. | § Case No. 14-82910 |
| GERLOFF, RITA K | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $131,675.00         Assets Exempt: $120,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $23,938.59    Claims Discharged
                                                Without Payment: $15,577.47

Total Expenses of Administration: $46,435.41

---

3) Total gross receipts of $ 90,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 19,626.00 (see **Exhibit 2**), yielded net receipts of $70,374.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $109,353.71 | $23,744.16 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 46,435.41 | 46,435.41 | 46,435.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 22,760.51 | 37,506.69 | 23,938.59 | 23,938.59 |
| **TOTAL DISBURSEMENTS** | $132,114.22 | $107,686.26 | $70,374.00 | $70,374.00 |

4) This case was originally filed under Chapter 7 on September 25, 2014. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/27/2017        By: /s/JAMES E. STEVENS
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rita Gerloff vs. Harlem Consolidated School Dist | 1129-000 | 90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$90,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Rita K. Gerloff | Debtor's claimed exemption in personal injury case | 8100-002 | 15,000.00 |
| GERLOFF, RITA K. | Dividend paid 100.00% on $4,626.00; Claim# SURPLUS; Filed: $4,626.00; Reference: | 8200-002 | 4,626.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$19,626.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | FIRST NORTHERN CREDIT UNION | 4210-000 | N/A | 4,569.16 | 0.00 | 0.00 |
| 3S | FIRST NORTHERN CREDIT UNION | 4210-000 | 16,281.71 | 19,175.00 | 0.00 | 0.00 |
| NOTFILED | Rock Valley Federal Credit Union | 4110-000 | 38,810.00 | N/A | N/A | 0.00 |
| NOTFILED | First Merit Bank | 4110-000 | 21,666.00 | N/A | N/A | 0.00 |
| NOTFILED | First Northern Credit Union | 4110-000 | 6,578.00 | N/A | N/A | 0.00 |
| NOTFILED | First Northern Credit Union | 4110-000 | 26,018.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$109,353.71** | **$23,744.16** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 6,768.70 | 6,768.70 | 6,768.70 |
| Attorney for Trustee Fees (Trustee Firm) - Barrick, Switzer, Long, Balsley & Van | 3110-000 | N/A | 2,517.50 | 2,517.50 | 2,517.50 |
| Other - CLARK,JUSTEN,ZUCCHI, FROST & WILLIAMS, LTD. | 3210-600 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| Other - CLARK,JUSTEN,ZUCCHI, FROST & WILLIAMS, LTD. | 3220-610 | N/A | 2,380.60 | 2,380.60 | 2,380.60 |
| Other - CLARK,JUSTEN,ZUCCHI, FROST & WILLIAMS, LTD. | 3220-610 | N/A | 36.31 | 36.31 | 36.31 |
| Other - CLARK,JUSTEN,ZUCCHI, FROST & WILLIAMS, LTD. | 3220-610 | N/A | 4,732.30 | 4,732.30 | 4,732.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $46,435.41 | $46,435.41 | $46,435.41 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | 2,496.26 | 2,691.68 | 2,691.68 | 2,691.68 |
| 1I | Cavalry SPV I, LLC | 7990-000 | N/A | 8.35 | 8.35 | 8.35 |
| 3U | FIRST NORTHERN CREDIT UNION | 7100-000 | 2,906.08 | 2,838.80 | 2,838.80 | 2,838.80 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | MembersAlliance Credit Union | 7100-000 | N/A | 13,568.10 | 0.00 | 0.00 |
| 4 -2 | MembersAlliance Credit Union | 7100-000 | N/A | 13,568.10 | 13,568.10 | 13,568.10 |
| 4I-2 | MembersAlliance Credit Union | 7990-000 | N/A | 42.11 | 42.11 | 42.11 |
| 5 | Capital One, N.A. | 7100-000 | N/A | 633.75 | 633.75 | 633.75 |
| 5I | Capital One, N.A. | 7990-000 | N/A | 1.97 | 1.97 | 1.97 |
| 6 | Capital Recovery V, LLC | 7100-000 | 1,780.70 | 1,877.05 | 1,877.05 | 1,877.05 |
| 6I | Capital Recovery V, LLC | 7990-000 | N/A | 5.83 | 5.83 | 5.83 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,255.14 | 2,255.14 | 2,255.14 |
| 7I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 7.00 | 7.00 | 7.00 |
| 3UI | FIRST NORTHERN CREDIT UNION | 7990-000 | N/A | 8.81 | 8.81 | 8.81 |
| NOTFILED | AT&T Phone Service Consumer Bankruptcy | 7100-000 | 228.14 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy c/o Citi Cards | 7100-000 | 1,936.90 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 397.92 | N/A | N/A | 0.00 |
| NOTFILED | Members Alliance Credit Union | 7100-000 | 13,014.51 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$22,760.51** | **$37,506.69** | **$23,938.59** | **$23,938.59** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-82910  
**Case Name:** GERLOFF, ROGER A.  
GERLOFF, RITA K  
**Period Ending:** 06/27/17  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 09/25/14 (f)  
**§341(a) Meeting Date:** 10/30/14  
**Claims Bar Date:** 10/07/15  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Members Alliance Credit Union/ checking | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Members Alliance Credit Union/ savings | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Misc. household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Clothing and personal items | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Wedding Rings | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Prudential Life Insurance Policy | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Interest in Elite Fasteners 401K Plan | 70,000.00 | 0.00 | | 0.00 | FA |
| 8 | Rita Gerloff vs. Harlem Consolidated School Dist See Order to Employ Special Counsel entered 3/11/15. See Order to Compromise entered 2/13/17. | Unknown | 10,000.00 | | 90,000.00 | FA |
| 9 | 2011 Dodge Nitro | 14,150.00 | 0.00 | | 0.00 | FA |
| 10 | 2005 Kia Sorento (130,000 miles) | 2,850.00 | 0.00 | | 0.00 | FA |
| 11 | 2011 Hyundai Sonata | 13,650.00 | 0.00 | | 0.00 | FA |
| 12 | 1984 Champion Modular Home | 25,000.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$131,675.00** | **$10,000.00** | | **$90,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2017    **Current Projected Date Of Final Report (TFR):** March 13, 2017 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-82910
**Case Name:** GERLOFF, ROGER A.
GERLOFF, RITA K
**Taxpayer ID #:** **-***1963
**Period Ending:** 06/27/17

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** Rabobank, N.A.
**Account:** ******7066 - Checking Account
**Blanket Bond:** $4,396,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/28/17 | | CLARK,JUSTEN,ZUCCHI, FROST & WILLIAMS, LTD. | PERSONAL INJURY SETTLEMENT | | | 52,850.79 | | 52,850.79 |
| | {8} | | TOTAL SETTLEMENT | 90,000.00 | 1129-000 | | | 52,850.79 |
| | | | 1.3 ATTY'S FEES JEFFREY ZUCCHI | -30,000.00 | 3210-600 | | | 52,850.79 |
| | | | REIMBURSEMENT COSTS TO ZUCCHI | -2,380.60 | 3220-610 | | | 52,850.79 |
| | | | MEDICAL LIEN | -36.31 | 3220-610 | | | 52,850.79 |
| | | | HUMANA LIEN | -4,732.30 | 3220-610 | | | 52,850.79 |
| 03/12/17 | 101 | Rita K. Gerloff | Debtor's claimed exemption in personal injury case | | 8100-002 | | 15,000.00 | 37,850.79 |
| 05/11/17 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,517.50, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 2,517.50 | 35,333.29 |
| 05/11/17 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $6,768.70, Trustee Compensation; Reference: | | 2100-000 | | 6,768.70 | 28,564.59 |
| 05/11/17 | 104 | GERLOFF, RITA K. | Dividend paid 100.00% on $4,626.00; Claim# SURPLUS; Filed: $4,626.00; Reference: | | 8200-002 | | 4,626.00 | 23,938.59 |
| 05/11/17 | 105 | Capital One, N.A. | Combined Check for Claims#5,5I | | | | 635.72 | 23,302.87 |
| | | | Dividend paid 100.00% on $633.75; Claim# 5; Filed: $633.75 | 633.75 | 7100-000 | | | 23,302.87 |
| | | | Dividend paid 100.00% on $1.97; Claim# 5I; Filed: $1.97 | 1.97 | 7990-000 | | | 23,302.87 |
| 05/11/17 | 106 | Capital Recovery V, LLC | Combined Check for Claims#6,6I | | | | 1,882.88 | 21,419.99 |
| | | | Dividend paid 100.00% on $1,877.05; Claim# 6; Filed: $1,877.05 | 1,877.05 | 7100-000 | | | 21,419.99 |
| | | | Dividend paid 100.00% on $5.83; Claim# 6I; Filed: $5.83 | 5.83 | 7990-000 | | | 21,419.99 |
| 05/11/17 | 107 | Cavalry SPV I, LLC | Combined Check for Claims#1,1I | | | | 2,700.03 | 18,719.96 |
| | | | Dividend paid 100.00% on $2,691.68; Claim# 1; Filed: $2,691.68 | 2,691.68 | 7100-000 | | | 18,719.96 |
| | | | Dividend paid 100.00% on $8.35; Claim# 1I; Filed: $8.35 | 8.35 | 7990-000 | | | 18,719.96 |
| 05/11/17 | 108 | FIRST NORTHERN CREDIT | Combined Check for Claims#3U,3UI | | | | 2,847.61 | 15,872.35 |

Subtotals : $52,850.79   $36,978.44

{} Asset reference(s)

Printed: 06/27/2017 02:46 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 14-82910 | | **Trustee:** | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| **Case Name:** | GERLOFF, ROGER A. | | **Bank Name:** | Rabobank, N.A. |
| | GERLOFF, RITA K | | **Account:** | ******7066 - Checking Account |
| **Taxpayer ID #:** | **-***1963 | | **Blanket Bond:** | $4,396,000.00  (per case limit) |
| **Period Ending:** | 06/27/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | T-Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | | Receipts $ | Disbursements $ | Checking Account Balance |
| | | UNION | | | | | | |
| | | | Dividend paid 100.00% on $2,838.80; Claim# 3U; Filed: $2,838.80 | 2,838.80 | 7100-000 | | | 15,872.35 |
| | | | Dividend paid 100.00% on $8.81; Claim# 3UI; Filed: $8.81 | 8.81 | 7990-000 | | | 15,872.35 |
| 05/11/17 | 109 | MembersAlliance Credit Union | Combined Check for Claims#4 -2,4I-2 | | | | 13,610.21 | 2,262.14 |
| | | | Dividend paid 100.00% on $13,568.10; Claim# 4 -2; Filed: $13,568.10 | 13,568.10 | 7100-000 | | | 2,262.14 |
| | | | Dividend paid 100.00% on $42.11; Claim# 4I-2; Filed: $42.11 | 42.11 | 7990-000 | | | 2,262.14 |
| 05/11/17 | 110 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#7,7I | | | | 2,262.14 | 0.00 |
| | | | Dividend paid 100.00% on $2,255.14; Claim# 7; Filed: $2,255.14 | 2,255.14 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $7.00; Claim# 7I; Filed: $7.00 | 7.00 | 7990-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 52,850.79 | 52,850.79 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 52,850.79 | 52,850.79 | |
| Less: Payments to Debtors | | 19,626.00 | |
| **NET Receipts / Disbursements** | **$52,850.79** | **$33,224.79** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7066 | 52,850.79 | 33,224.79 | 0.00 |
| | $52,850.79 | $33,224.79 | $0.00 |

{} Asset reference(s)    Printed: 06/27/2017 02:46 PM    V.13.30